IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | |
| **NATHANIEL ANDERSON,** | : | **18 U.S.C. §§ 209 and 216(a)(1)** |
| | : | **Illegal Supplementation of Salary** |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

At times material to this Information:

From in or around December 2006 to in or around April 2009, in the District of Columbia, the Defendant, NATHANIEL ANDERSON, being an officer and employee of the District of Columbia, that is, a Metropolitan Police Department ("MPD") officer assigned to the Second District, knowingly received salary, and contribution to and supplementation of salary, as compensation for the Defendant's services as an officer and employee of the District of Columbia from a source other than the Government of the United States and the District of Columbia, that is, the defendant knowingly received approximately twenty five dollars ($25.00) in cash per night as compensation for his services as an MPD officer from a private liquor store located in the District of Columbia and in the Second District, hereinafter referred to as "Liquor Store A," each night that he provided protection to the store at closing time while the Defendant was on duty as an MPD officer, in uniform as an MPD officer and providing services to the District of Columbia as an MPD officer.

**(Government Employee Receiving Salary or Compensation From Private Party for Services Rendered to the Government, in violation of Title 18, United States Code, Sections 209 and 216(a)(1))**

                                                        RONALD C. MACHEN JR.  
                                                        United States Attorney

                            By: _____  
                                                   MICHAEL K. ATKINSON  
                                                   VASU B. MUTHYALA  
                                                   Assistant United States Attorneys  
                                                 555 4th Street, N.W., Room 5239  
                                                 Washington, D.C.  20530  
                                                 Atkinson (202) 616-3702  
                                                 Muthyala (202) 514-7541  
                                                 Michael.Atkinson2@usdoj.gov  
                                                 Vasu.Muthyala@usdoj.gov

DATED:      October 22, 2010